In the Matter of the Application of ELIZABETH R. BAILEY, Respondent, for a Refund of Taxes.

THE BOARD OF SUPERVISORS OF SUFFOLK COUNTY, Appellant.

*Matter of Bailey*, 102 App. Div. 624, affirmed.
(Submitted May 31, 1905; decided June 16, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 10, 1905, which modified and affirmed as modified an order of the Suffolk County Court directing that a certain sum paid upon a void assessment be refunded to the petitioner.

*Timothy M. Griffing* for appellant.

*F. H. Van Vechten* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.